IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, INC., and
HCA-HEALTHONE, LLC,

Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED,

Defendant.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Defendant UnitedHealth Group Incorporated's Unopposed Motion for Leave to Appear by Telephone at Rule 16(b) Scheduling Conference** [docket no. 28, filed September 13, 2010] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED and any out-of-state counsel may appear at the Scheduling Conference telephonically at the appropriate date and time by calling Chambers at **303/844-6408**.  If more than just defense counsel will be calling, a conference call will need to be arranged between the parties so only one call to Chambers will be in-coming.


DATED:  September 13, 2010