IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, INC., and
HCA-HEALTHONE, LLC,

Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend Scheduling Order to Extend Expert Report Deadlines** [docket no. 47, filed February 24, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 31, 2011**;

The defendant shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 2, 2011**;

The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 23, 2011**;

| | |
|---|---|
| Discovery Cut-Off: | **June 13, 2011**; |
| Dispositive Motion Deadline: | **July 13, 2011**; |
| Section 9(e) preliminary list of depositions | **Prior to June 13, 2011**; |
| Jo Ann Sporleder, Michael Corne | |
| Krysta Moody, UnitedHealth Group | |

        Experts: **May 29, 2011-June 29, 2011**.

        IT IS FURTHER ORDERED that the Pretrial Conference set for August 15, 2011, is **vacated and reset to September 15, 2011, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **September 8, 2011**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. <u>See</u> D.C.COLO.LCivR 83.2B.

DATED:  February 24, 2011