IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, INC., and
HCA-HEALTHONE, LLC,

Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **UnitedHealth's Unopposed Motion to Amend Scheduling Order to Extend Expert Report Deadlines** [docket no. 51, filed April 15, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
    The defendant shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 13, 2011**;

    The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 5, 2011**;

| | |
|---|---|
| Discovery Cut-Off: | **July 25, 2011**; |
| Dispositive Motion Deadline: | **August 24, 2011**; |
| Section 9(e) preliminary list of depositions | **Prior to July 25, 2011**; |
|     Jo Ann Sporleder, Michael Corne | |
|     Krysta Moody, UnitedHealth Group | |
| Experts: | **July 10, 2011-August 10, 2011**. |

      IT IS FURTHER ORDERED that the Pretrial Conference set for September 15, 2011, is **vacated and reset to October 27, 2011, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred

A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **October 20, 2011**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  April 15, 2011