IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, INC., and
HCA-HEALTHONE, LLC,

Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Defendant's Motion to Amend Scheduling Order to Increase Deposition Limit and for Leave to Take One Deposition Outside Discovery Cut-Off Deadline** [Doc. # 54, filed 6/17/2011] (the "Motion to Increase Depositions"); and

(2)     **Plaintiffs' Unopposed Motion to Amend Scheduling Order to Extend Plaintiffs' Rebuttal Expert Report Deadline and Discovery Cut-Off Deadline** [Doc. # 61, filed 6/30/2011] (the "Motion for Extension").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record,

IT IS ORDERED:

(1)     The Motion to Increase Depositions [Doc. # 54] is GRANTED.  The defendant is allowed four additional depositions, for a total of nineteen.

(2)     The Motion for Extension [Doc. # 61] is GRANTED.  The case schedule is

modified to the following extent:

>(i)  The rebuttal expert report of Basil Englis, and all information specified in Fed. R. Civ. P. 26(a)(2) in connection with that rebuttal report, shall be provided to the defendant on or before **August 16, 2011**; and

>(ii) The discovery cut-off is extended to **September 6, 2011**.  All discovery must be completed on or before the discovery cut-off.

Dated June 30, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge