IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, INC., a Colorado corporation, et al.

    Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation,

    Defendant.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CLARIFY THE COURT'S JUNE 30, 2011 ORDER TO EXTEND THE REBUTTAL EXPERT REPORT DEADLINE OR, IN THE ALTERNATIVE, TO MODIFY THE SCHEDULING ORDER**

---

This matter comes before the Court on the Plaintiff's Unopposed Motion to Clarify the Court's June 30, 2011 Order to Extend the Rebuttal Expert Report Deadline or, in the Alternative, to Modify the Scheduling Order ("Motion"). The Court hereby GRANTS the Motion. Accordingly, the Court's June 30, 2011 Order is clarified to reflect the fact that the deadline for the rebuttal report of HealthONE's damages expert, Mark Pedigo, is extended to August 16, 2011.

SO ORDERED this 14th day of July, 2011.

BY THE COURT

_____
**BOYD N. BOLAND**
**United States Magistrate Judge**

2077866.1