IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, INC., and
HCA-HEALTHONE, LLC,

Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED,

Defendant.

_____

## ORDER
_____

This matter arises on **Plaintiffs' Motion to Compel Defendant's Responses to Discovery Requests** [Doc. # 65, filed 7/5/2011] (the "Motion to Compel"). I held a hearing on the Motion to Compel this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion to Compel [Doc. # 65] is GRANTED IN PART and DENIED IN PART as stated on the record; and

(2)   The defendant shall make a supplemental discovery response consistent with this order on or before **August 1, 2011**.

Dated July 14, 2011.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge