IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-01633-WYD-BNB | Date: August 29, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| HEALTHONE OF DENVER, INC., and HCA-HEALTHONE LLC, | Erin Eiselein<br>Thomas Johnson |
| Plaintiff(s), | |
| v. | |
| UNITEDHEALTH GROUP INCORPORATED, | Osborne Dykes III<br>Clay James<br>Shawn Crawford |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   2:28 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendant's amended motion for additional time and to limit discovery [doc.#77; filed 8/5/11] is granted as stated on the record. Defendants have to and including November 21, 2011, to make complete responses.**

**ORDERED:** **Joint motion to amend scheduling order [doc.#81; filed 8/23/11] is granted as stated on the record. The Discovery cut-off is extended to September 16, 2011, solely to allow the completion of depositions. Discovery-off is extended to December 21, 2011, solely to allow completion of Rule 30(b)(6). Dispositive motion deadline is extended to January 6, 2012.**

**ORDERED:** **The final pretrial conference set for October 27, 2011 is vacated and reset to January 27, 2012 at 8:30 a.m.**

Court in Recess:	3:32 p.m.	Hearing concluded.	Total time in Court: 01:04

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.