IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, INC., and
HCA-HEALTHONE, LLC,

Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)     **Defendant's Amended Motion for Additional Time and to Limit Discovery** [Doc. # 77, filed 8/5/2011] (the "Motion to Reconsider"); and

(2)     The **Joint Motion to Amend Scheduling Order** [Doc. # 81, filed 8/23/2011] (the "Motion to Extend").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Reconsider [Doc. # 77] is GRANTED to the following extent:

• On or before September 1, 2011, the plaintiffs shall provide to the defendant a more pointed and detailed description of the information and materials sought through Interrogatories 19, 21, and 22 and Document Requests 25, 26, and 27;

• The defendants shall contact the department heads and the employees described

in ¶7 of the Declaration of Shawn P. Crawford to collect, review, and produce information and materials responsive to the plaintiff's more pointed and detailed requests; and

• The defendants may have to and including November 21, 2011, to make complete responses to Interrogatories 19, 21, and 22 and Document Requests 25, 26, and 27. Responsive documents should be produced on a rolling basis as they become available.

(2) The Motion to Extend [Doc. # 81] is GRANTED, and the case schedule is modified to the following extent:

• The discovery cut-off is extended to and including September 16, 2011, solely to allow for the completion of the depositions specified in the Motion to Extend;

• The discovery cut-off is extended to and including December 21, 2011, solely to allow for the completion of the Rule 30(b)(6) deposition of the defendant;

• The dispositive motion deadline is extended to and including January 6, 2012; and

• The final pretrial conference set for October 27, 2011, at 8:30 a.m., is VACATED and RESET to January 27, 2012, at 8:30 a.m.

Dated August 29, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge