IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 10-cv-01633-WYD-BNB          Date: September 22, 2011
Courtroom Deputy:    Geneva D. Mattei          FTR BNB COURTROOM A-401

---

HEALTHONE OF DENVER, INC., and          Erin Eiselein
HCA-HEALTHONE LLC,

          Plaintiff(s),

v.

UNITEDHEALTH GROUP INCORPORATED,          Clay James
                                          Lucky Vidmar

          Defendant(s).

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:          10:00 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Defendants exhibit A, B and C received.

**ORDERED:**   **Motion for entry of protective order [doc.#91; filed 9/2/11] is denied for reasons stated on the record.**

**ORDERED:**   **Plaintiffs' motion to compel production of licenses [doc.#94; filed 9/2/11] is denied for reasons stated on the record.**

**ORDERED:**   **Joint motion to modify or clarify the court's August 29, 2011 order to extend the Unitedhealth Rule 30(b)(6) deposition deadline with respect to all topics [doc.#100; filed9/14/11] is granted for reasons stated on the record.**

**ORDERED:**   **Joint motion to allow 30(b)(6) deposition of G2 direct and digital beyond**

**discovery deadline [doc.#103; filed 9/16/11] is granted for reasons stated on the record.**

**ORDERED:** **Defendant's unopposed motion to seal [doc.#104; filed 9/16/11] is granted for reasons stated on the record.**

Court in Recess:        10:49 a.m.        Hearing concluded.        Total time in Court: 00:49

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.