IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, INC., and
HCA-HEALTHONE, LLC,

Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

(1) Defendant's **Motion for Entry of Protective Order** [Doc. # 91, filed 9/2/2011];

(2) **Plaintiff's Motion to Compel Production of Licenses** [Doc. # 94, filed 9/2/2011];

(3) **Joint Motion to Modify or Clarify the Court's August 29, 2011 Order [etc.]** [Doc. # 100, filed 9/14/2011] (the "Motion to Clarify");

(4) **Joint Motion to Allow 30(b)(6) Deposition fo G2 Direct and Digital Beyond Discovery Deadline** [Doc. # 103, filed 9/16/2011] (the "Motion for Extension"); and

(5) **Defendant's Unopposed Motion to Seal** [Doc. # 104, filed 9/16/2011].

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion for Entry of Protective Order [Doc. # 91] is DENIED;

(2) Plaintiff's Motion to Compel Production of Licenses [Doc. # 94] is DENIED;

(3) The Motion to Clarify [Doc. # 100] is GRANTED to specify that the Rule 30(b)(6) deposition of UnitedHealth may occur in its entirety at a date and time as the parties may agree provided that it is completed on or before December 21, 2011;

(4) The Motion for Extension [Doc. # 103] is GRANTED to allow the Rule 30(b)(6) deposition of G2 Direct & Digital to occur at a date and time as the parties and the deponent may agree provided that it is completed on or before December 21, 2011; and

(5) Defendant's Unopposed Motion to Seal [Doc. # 104] is GRANTED, and Doc. # 102-4 shall remain sealed.

Dated September 22, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge