IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, IND., a Colorado corporation;
HCA-HEALTHONE LLC, a Colorado limited liability company,

    Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion to Strike New Arguments and Mischaracterized Facts in Defendant's Reply, or, Alternatively, for Leave to File Surreply filed August 10, 2011 (ECF No. 80) is **GRANTED IN PART AND DENIED IN PART**.  It is **DENIED** to the extent it seeks to strike Defendant's Reply in Support of Motion to Exclude Testimony of Plaintiffs' Expert Kenneth B. Germain.  It is **GRANTED**, however, to the extent it seeks leave to file a surreply.  Accordingly, Plaintiffs are granted leave to file the Surreply in Opposition to Defendants' Motion to Exclude Testimony of Plaintiffs' Expert Kenneth B. Germain, that is attached as Exhibit 1 to the Motion to Strike.

    Dated:  October 24, 2011