IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, IND., a Colorado corporation;
HCA-HEALTHONE LLC, a Colorado limited liability company,

    Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's *Daubert* Motion to Exclude the Testimony, Reports and Opinions of Defendant's Marketing Expert Linda L. Golden, Ph.D (ECF No. 127 filed October 28, 2011) is **DENIED WITHOUT PREJUDICE**.  I find it is premature to address the type of *Daubert* challenge in the motion as the trial has not yet even been set and this type of motion should be resolved in a time period close to trial.  Plaintiff may refile this motion ninety days before the start of trial.

    Dated:  November 3, 2011