IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, IND., a Colorado corporation;
HCA-HEALTHONE LLC, a Colorado limited liability company,

    Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Motion for Leave to File Summary Judgment Brief Exceeding 15 Pages (ECF No. 131 filed November 2, 2011) is **GRANTED**.  Defendant may file a summary judgment brief of up to 25 pages, not including the Statement of Material Facts.

    Dated:  November 3, 2011