IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, INC., and
HCA-HEALTHONE, LLC,

Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1) **Motion for Leave to Serve Additional Discovery** [Doc. # 117, filed 10/13/2011] (the "Motion for Discovery");

(2) **Defendant's Motion for Stay of Plaintiff's Optum-Related Discovery Pending Appeal to the District Judge** [Doc. # 121, filed 10/22/2011] (the "Motion to Stay"); and

(3) **Motion for Leave to Submit a Reply to Plaintiff's Response In Opposition to Defendant's Motion for Leave to Serve Additional Discovery** [Doc. # 132, filed 11/2/2011] (the "Motion to Reply").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion for Discovery [Doc. # 117] is GRANTED;

(2) The Motion to Stay [Doc. # 121] is DENIED; and

(3) The Motion to Reply [Doc. # 132] is GRANTED, and the Clerk of the Court is directed to accept for filing Defendant's Reply [Doc. # 132-1].

Dated November 7, 2011.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge