IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, INC., and
HCA-HEALTHONE, LLC,

Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED,

Defendant.
_____

**ORDER**
_____

This matter arises on the **Joint Motion to Stay Proceedings and Vacate the Final Pretrial Conference** [Doc. # 154, filed 1/13/2012] (the "Motion to Stay"). The parties recite that they are engaged in serious settlement discussions and that the facilitate those discussions they request an order vacating the final pretrial conference set for January 27, 2012; a 60 day extension of "the deadline for taking the OptumHealth deposition"; a 60 day extension of the deadline for HealthONE to respond to UnitedHealth's Motion for Summary Judgment.

IT IS ORDERED:

(1)  The Motion to Stay [Doc. # 154] is denied DENIED;

(2)  The case schedule is modified to the following extent:

   • Discovery cut-off:            **March 13, 2012**

   (All discovery must be completed on or before the discovery cut-
   off. All written discovery must be served so that responses are due
   on or before the discovery cut-off.)

• HealthONE shall respond to UnitedHealth's Motion for Summary Judgment on or before **March 13, 2012**; and

• The final pretrial conference set for January 27, 2012, at 8:30 a.m., is VACATED and RESET to **April 16, 2012, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than April 9, 2012.

Dated January 17, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge