IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, IND., a Colorado corporation;
HCA-HEALTHONE LLC, a Colorado limited liability company,

    Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion for Leave to Exceed the Page Limits in HealthONE's Response to United's Motion for Summary Judgment filed February 24, 2012 (ECF No. 158) is **GRANTED**. Plaintiffs may file a response brief in opposition to United's Motion for Summary Judgment of no more than 25 pages in length, not including the Response to United's Statement of Material Facts and HealthONE's Statement of Additional Disputed Facts.

    Dated: February 24, 2012