IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, INC.
and HCA-HEALTHONE LLC,

    Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED,

    Defendant.

**UNRESTRICTED EXHIBITS TO HEALTHONE'S RESPONSE IN OPPOSITION TO UNITED'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, HealthONE of Denver, Inc. and HCA-HealthONE LLC (collectively, "HealthONE"), submit the attached unrestricted exhibits to HealthONE's Response in Opposition to United's Motion for Summary Judgment, which have been filed simultaneously with both of the following: (1) HealthONE's Response in Opposition to United's Motion for Summary Judgment and certain exhibits, all of which have been filed with Level 1 restricted access; and (2) HealthONE's Unopposed Motion for Restricted Access.

Respectfully submitted this 13th day of March, 2012.

          *s/ Thomas P. Johnson*
          Thomas P. Johnson
          Erin McAlpin Eiselein
          John A. Francis
         **DAVIS GRAHAM & STUBBS LLP**
         1550 Seventeenth Street, Suite 500
         Denver, CO  80202

Telephone:  (303) 892-9400
Email:       Tom.Johnson@dgslaw.com
                 John.Francis@dgslaw.com
                 Erin.Eiselein@dgslaw.com

and

     James R. Higgins, Jr.
     Rebecca Grady Jennings
**MIDDLETON & REUTLINGER**
2500 Brown & Williamson Tower
Louisville, Kentucky 40202
Telephone:  (502) 584-1135
Email:       jhiggins@middreut.com
                 rjennings@middreut.com

**Attorneys for Plaintiffs HealthONE of Denver, Inc. and HCA-HealthONE LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2012, I electronically filed the foregoing **UNRESTRICTED EXHIBITS TO HEALTHONE'S RESPONSE IN OPPOSITION TO UNITED'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for defendant at the following e-mail addresses:

Clay James
    clay.james@hoganlovells.com

Srecko "Lucky" Vidmar
    lucky.vidmar@hoganlovells.com

Andrew Lillie
    Andrew.lillie@hoganlovells.com

Richard Groos
    rgroos@fulbright.com

C. Ashley Callahan
    acallahan@fulbright.com

Brandon M. Ress
    bress@fulbright.com

                                                              */s/   Hilary Clyne*