IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, IND., a Colorado corporation;
HCA-HEALTHONE LLC, a Colorado limited liability company,

      Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      HealthOne's Unopposed Motion to Restrict Access (ECF No. 162), filed March 13, 2012, is **GRANTED.**  HealthONE's Response in Opposition to United's Motion for Summary Judgment and certain Exhibits thereto listed in the Motion shall have Level 1 restricted access and thus shall be accessible only to this Court and the parties.

      Dated:  March 14, 2012.