IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, IND., a Colorado corporation;
HCA-HEALTHONE LLC, a Colorado limited liability company,

    Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Joint Motion to Stay (ECF No. 193) is **GRANTED**.  In accordance therewith, all proceedings in this case are stayed until **July 2, 2012**, by which date the parties shall either file a joint status report or the pre-trial motions and response briefs that currently are due on June 22, 2012.

    June 13, 2012.