IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, IND., a Colorado corporation;
HCA-HEALTHONE LLC, a Colorado limited liability company,

    Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation,

    Defendant.

## ORDER

THIS MATTER is before the Court on the Parties' Joint Motion to Vacate Court Deadlines and Stay Proceedings filed July 9, 2012.  The Court, having reviewed the motion and finding good cause therefore,

ORDERS that the Joint Motion to Vacate Court Deadlines and Stay Proceedings (ECF No. 197) is **GRANTED**, and all case-related deadlines in this case are **VACATED.** It is

FURTHER ORDERED that the hearing on pending motions set for August 2, 2012, at 1:30 p.m., the Final Trial Preparation Conference set on Wednesday, September 12, 2012, at 4:00, and the ten-day jury trial set to commence on Monday, September 24, 2012, are **VACATED**.  Finally, it is

ORDERED that this case is stayed until **September 7, 2012**, on or before which the Parties shall file a joint stipulation of dismissal with prejudice or a joint status report.

Dated: July 10, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE