IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01633-WYD-BNB

HEALTHONE OF DENVER, IND., a Colorado corporation;
HCA-HEALTHONE LLC, a Colorado limited liability company,

    Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation,

    Defendant.

## ORDER

    THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice of All Claims filed July 20, 2012.  After a careful review of the Stipulation and the file, it is

    ORDERED that the Joint Stipulation of Dismissal with Prejudice of all Claims (ECF No. 199) s **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorney fees and costs.

    Dated:  July 24, 2012

                                     BY THE COURT:

                                     s/ Wiley Y. Daniel
                                     Wiley Y. Daniel
                                     Chief United States District Judge